**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

November 5, 2015

_____

RESPONSE REQUESTED
_____

No. 15-4429,   US v. James Lumsden
              3:14-cr-00152-RJC-3

TO:   Amy Elizabeth Ray

RESPONSE DUE: 11/19/2015

Response is required to the motion for leave to file attachment to brief. Response(s) must be filed by the response due date shown in this notice.

Tony Webb, Deputy Clerk
804-916-2702